# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| HEATHER R. ALFORD | CIVIL DOCKET NO. 3:22-05758 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| D G FOODS, LLC | MAGISTRATE JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 14] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that Defendant, D G Foods, LLC's Rule 12(b)(6) MOTION FOR PARTIAL DISMISSAL [Doc. 4] is GRANTED IN PART and DENIED IN PART.  It is GRANTED to the extent that Plaintiff, Heather Alford's claim for FMLA interference pursuant to 29 U.S.C. §§ 2601, et seq., is hereby DISMISSED WITH PREJUDICE. The Rule 12(b)(6) MOTION TO DISMISS [Doc. 4] otherwise is DENIED.

THUS, DONE AND SIGNED in chambers, on this 31st day of July 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE